ACCEPTED
04-15-00673-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/29/2015 3:14:10 PM
KEITH HOTTLE
CLERK

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date:7/30/2015 8:30:21 AM
Accepted By: Brandi Canales

_____
Deputy Clerk

04-15-00673-CV

NO. 392757

FILED IN
IN THE COUNTY COURT 4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/29/2015 3:14:10 PM
KEITH E. HOTTLE
AT LAW NO. 5 Clerk

| | | |
|---|---|---|
| JOHN DOE AND JANE DOE, Individually and as Next Friends of XXX, a Minor | § § § § | IN THE COUNTY COURT |
| vs. | § § § | AT LAW NO. 5 |
| USAA TEXAS LLOYD'S COMPANY | § | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL

Defendant, USAA Texas Lloyds Company, hereby files notice that it desires to appeal and does appeal to the Fourth Court of Appeals, from the judgment entered on June 26, 2015, in the matter styled *John Doe and Jane Doe, Individually and as next Friends of XXX, a Minor vs. USAA Texas Lloyd's Company*, Cause of Action Number 392757, by the Honorable Walden Sheldon, County Court at Law Number 9, Bexar County, Texas,

Respectfully submitted,

LINDOW ▪ STEPHENS ▪ TREAT LLP

By: _____

Theodore C. Schultz
State Bar No. 00797393
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
(210) 227-2200 (telephone)
(210) 227-4602 (facsimile)
tschultz@lstlaw.com

*Counsel for Defendant USAA Texas Lloyd's Company*

Submit Date:7/27/2015 4:15:52 PM